IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:20CR3123** |
| vs. | |
| MALIK AKEEM JONES, | **ORDER** |
| Defendant. | |

Defendant has moved for an Order directing Pretrial Services to have him screened for placement at Bristol Station. Defendant has a significant history of failing to appear, violated release conditions in the past, is a gang member, and despite several assurances and opportunities, refused to surrender a gun in his possession or control that was used to commit a crime of violence. Based on these facts, residing at Bristol Station with its associated employment in the Hastings community will not sufficiently ameliorate the risks of Defendant's nonappearance and danger to the community if he is released.

Accordingly,

IT IS ORDERED that Defendant's motion for screening to reside at Bristol Station, (Filing No. 26), is denied.

Dated this 3rd day of December, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge